NUMBER 13-10-00652-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

BERNARDO LOZANO, ET
AL.,                                                   Appellants,

 

                                                             v.

 

TRANSIT MIX CONCRETE
& MATERIALS COMPANY,             Appellee. 

____________________________________________________________

 

                             On
Appeal from the 107th District Court 

                                       of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

         Before Chief Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

 








This
cause is before the Court on appellee’s motions to dismiss the appeal.  Appellants,
Bernardo Lozano, et. al., filed a notice of appeal from a judgment entered by
the 107th District Court of Cameron County in cause number 2007-05-2660-A.   On
March 14, 2011, the Clerk of this Court notified appellants that the clerk's
record in the above cause was originally due on December 28, 2010, and that the
deputy district clerk, Monica Uribe, had notified this Court that appellants
failed to make arrangements for payment of the clerk's record.  The Clerk of
this Court notified appellants of this defect so that steps could be taken to
correct the defect, if it could be done.  See Tex. R. App. P. 37.3, 42.3(b),(c).   Appellants were advised
that, if the defect was not corrected within ten days from the date of receipt
of this notice, the appeal would be dismissed for want of prosecution.  

Appellants
have failed to respond to this Court=s notice.  The Court hereby GRANTS
appellee’s motions to dismiss.  Accordingly, the appeal is DISMISSED FOR WANT
OF PROSECUTION.  See Tex. R. App.
P. 42.3(b), (c). 

            

PER
CURIAM

Delivered and filed the

19th day of May, 2011.